# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ahart, Alan M. | 2. Court or Organization<br><br>Bankruptcy Court, Central District of California | 3. Date of Report<br><br>04/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge, part-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>01/02/2015 |

| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |
|---|
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | The Rutter Group/ Thompson West |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | The Rutter Group/Thompson West--royalties from books | $152,753.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/17/2014-05/18/2014 | Santa Barbara, CA | attended annual convention | lodging, meals and entertainment |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Thomson West | Westlaw computer research and Rutter Group practice guides | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahart, Alan M. | 04/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Checking Account | A | Interest | L | T | | | | | |
| 2. Vanguard Primecap Fund IRA | C | Dividend | M | T | | | | | |
| 3. Fidelilty Investments Keogh | E | Int./Div. | O | T | | | | | |
| 4. --Fidelity Spartan Total Market Index Fund | | | | | | | | | |
| 5. --Fidelity Emering Asia Fund | | | | | | | | | |
| 6. --Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 7. --Fidelity Real Estate Investment Fund | | | | | | | | | |
| 8. --Fidelity High Income Fund | | | | | | | | | |
| 9. --Fidelity Floating Rate High Income Fund | | | | | | | | | |
| 10. --Fidelity Capital and Income Fund | | | | | | | | | |
| 11. --Fidelity Spartan Emerging Markets Index Fund | | | | | Buy (add'l) | 02/13/14 | K | | |
| 12. Vanguard Admiral Treasury Money Market Fund | A | Int./Div. | K | T | | | | | |
| 13. U.S. Inflation Protection Bonds | B | Interest | K | W | Sold (part) | 01/07/14 | K | D | |
| 14. U.S. Inflation Protection Bonds | B | Interest | K | W | Sold (part) | 01/07/14 | K | D | |
| 15. Longleaf International Fund | A | Dividend | | | Sold | 07/11/14 | K | D | |
| 16. Vanguard Small Cap Growth Index Fund | A | Dividend | M | T | | | | | |
| 17. Vanguard HIgh Yield Corporate Bond Fund | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahart, Alan M. | 04/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Admiral GNMA Fund | D | Int./Div. | M | T | | | | | |
| 19. Vanguard Prime Money Market Fund | A | Interest | M | T | Buy (add'l) | 05/09/14 | K | | |
| 20. Vanguard Energy Fund | A | Dividend | | | Sold | 05/09/14 | K | C | |
| 21. Real property Sherman Oaks., CA | E | Rent | P1 | W | | | | | |
| 22. Vanguard Prime Money Market Fund IRA | A | Interest | K | T | | | | | |
| 23. One West Bank CD | B | Interest | M | T | | | | | |
| 24. Vanguard Dividend Growth IRA | B | Dividend | M | T | | | | | |
| 25. Vanguard High Yield Corporate Bond Fund IRA rollover | D | Interest | M | T | | | | | |
| 26. U.S. Series I bonds | A | Interest | J | W | | | | | |
| 27. Vanguard Intermediate Term Calif Tax Exempt Fund | D | Interest | N | T | | | | | |
| 28. Vanguard Precious Metals and Mining Fund | A | Dividend | K | T | | | | | |
| 29. Vanguard Emerging Markets Select Stock Fund | B | Dividend | L | T | | | | | |
| 30. Vanguard Short-Term Inflation Protection Securities Fund | B | Interest | M | T | | | | | |
| 31. Vanguard European Stock Index Fund | C | Dividend | L | T | | | | | |
| 32. Fidelity Spartan 500 Index Fund Roth IRA (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahart, Alan M. | 04/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The "gifts" from Thompson West described in Part V are for official use and/or to assist my updating of the books that are sources of the royalties shown in Part III-A. Also, the value shown in Part V is an estimate.

The amount for book royalties shown in Part III-A is net of expenses.

| Name of Person Reporting | Date of Report |
|---|---|
| Ahart, Alan M. | 04/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan M. Ahart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544